ISAAC GIBSON *v.* MARTHA MARPLES.

**Attachment—Ownership of Property.**
    Where goods are attached by creditors of a person, the wife of the debtor may defeat the attachment by showing that the property attached is hers.

**Parties to an Appeal.**
    When property attached is shown to belong to another and the attachment is discharged for that reason, the attaching creditor by appealing from such judgment not making the debtor a party to the appeal, the court of appeals has no jurisdiction to inquire into the action of the court in discharging the order of attachment.

APPEAL FROM CASEY CIRCUIT COURT.

October 1, 1875.

OPINION BY JUDGE LINDSAY:

Gibson sued Elmore Marples, and took out an order of attachment against him, and garnisheed certain of his alleged debtors. Martha C. Marples, his wife, interpleaded, and claimed that she was the owner of the choses in action, which had been thus attached. Pending the litigation she was divorced from her husband.

Upon hearing, the orders of attachment were discharged, and Mrs. Marples held to be the owner of the attached notes. Gibson

appeals from this judgment, but prosecutes his appeal against Mrs. Marples alone.

Elmore Marples, the debtor, not being an appellee, we cannot inquire into the propriety of the action of the court below in discharging the order of attachment. To this extent, therefore, the judgment cannot be reversed. Gibson has no claim to the debts adjudged to Mrs. Marples, except such as grew out of his attachments. This claim was terminated by the order discharging them, and as we cannot revive it, we can afford him no relief on this appeal.

Judgment *affirmed.*

*Hill & Alcorn, for appellant.    James E. Hays, for appellee.*